UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRI VALLERVEICH TATARINOV,<br><br>Petitioner,<br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO<br><br>Respondents. | Civil No. 07cv2034 JAH (POR)<br><br>**ORDER TO SHOW CAUSE** |

On October 19, 2007, petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Having reviewed the petition, **IT IS HEREBY ORDERED** that:

1.  Respondents shall file a return to the petition for writ of habeas corpus **on or before November 26, 2007**.  Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the petition.

2.  Petitioner shall file a traverse **on or before December 17, 2007.** *This matter will be deemed under submission at that time.*

DATED:  October 29, 2007

HON. JOHN A. HOUSTON
United States District Judge