1
Patricia Lynn Jacks
Attorney at Law
Cal. Bar #226300
2
5790 Friars Road, F8
San Diego, California 92110
3
(619) 574-1625

4   Attorney for the Petitioner

5

6

7

8   **THE UNITED STATES DISTRICT COURT**

9   **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10   **Dmitri  Vallerveich, TATARINOV**          )          **Civil No. 07cv2034 JAH (POR)**
                                                )
11                    Petitioner                )          USICE No.    A72 779 308
                                                )
12   v.                                         )
                                                )
13   **Superior Court of the State of**          )
     **California, County of San Diego;**        )          **Petitioner's Motion to Consolidate this Case**
14                                              )          **with Case No.  07cv2033 L(NLS)**
                                                )
15                    Respondents               )
16   _____)

17

18        Petitioner in this case requests a routine consolidation of the instant civil case with the pending

19   case *Tatarinov v. Superior Court of the State of California*, filed the same day as this action and

20   numbered 07cv2033 L(NLS).

21                                   **GROUNDS**

22        In the interest of judicial economy, it is requested that the applications for writ of habeas corpus

23   be consolidated and heard together.  The parties are the same and the legal issues are related in that they

24   raise issues of ineffective assistance of counsel in the course of Petitioner's State Court convictions and

25   appeal.  As grounds therefore, the petitioner states that the requested consolidation will serve the Court's

26   interest in achieving the most efficient use of its resources, as well as maintaining consistency in its

27   decisions.

28

**LEGAL ARGUMENT**

Both cases are brought by petitioner Tatarinov regarding his criminal attorney's actions in two separate cases.  That is, the attorney's ineffective assistance of counsel in the first case directly leads to the attorney's ineffective assistance of counsel in the second case .  Both cases seek the same relief:  an order vacating the State Court convictions and the petitioner believes that the facts alleged in both cases, concerning the behavior of the criminal attorney, are not subject to reasonable dispute.

**RELIEF SOUGHT**

The petitioner seeks the consolidation of this case with case 07cv2033 L(NLS), or such other relief as deemed proper.

Respectfully submitted,



Dated:  _11-02-07_


_Patricia Lyn Jacks_
PATRICIA LYNN JACKS
Attorney for the Petitioner