1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | BARRY CARLTON
Supervising Deputy Attorney General
5 | SABRINA Y. LANE-ERWIN, State Bar No. 167819
Deputy Attorney General
6 |  110 West A Street, Suite 1100
  San Diego, CA 92101
7 |  P.O. Box 85266
  San Diego, CA 92186-5266
8 |  Telephone: (619) 645-2565
  Fax: (619) 645-2271
9 |  Email: Sabrina.LaneErwin@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DMITRI VALLERVEICH TATARINOV,** | 07cv2034 JAH (POR) |
| Petitioner, | **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S RETURN** |
| v. | |
| **SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,** | |
| Respondents. | |

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | BARRY CARLTON
Supervising Deputy Attorney General
5 | SABRINA Y. LANE-ERWIN, State Bar No. 167819
Deputy Attorney General
6 |  110 West A Street, Suite 1100
 San Diego, CA 92101
7 |  P.O. Box 85266
 San Diego, CA 92186-5266
8 |  Telephone: (619) 645-2565
 Fax: (619) 645-2271
9 |  Email: Sabrina.LaneErwin@doj.ca.gov

10 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DMITRI VALLERVEICH TATARINOV,** | 07cv2034 JAH (POR) |
| Petitioner, | **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S RETURN** |
| v. | |
| **SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,** | |
| Respondents. | |

Respondent respectfully requests a 30-day enlargement of time to file Respondent's return in the above-entitled matter. The return is due on November 26, 2007. This is Respondent's first request for an enlargement of time in this matter. It is based upon the following declaration:

I, SABRINA Y. LANE-ERWIN, declare under penalty of perjury under the laws of the Unites States of America that the following is true and correct:

1. I am the Deputy Attorney General assigned to handle all pleadings in the above-entitled matter.

2. Petitioner is not currently imprisoned or on parole or probation.

3. My office has ordered the state court files and records that are necessary to prepare a response in this matter. I have not yet received them. I am leaving tomorrow for a pre-paid, out of state vacation and will return on November 26, 2007. I have taken one vacation day in the past seven months and do not have another vacation planned for the following six months. Thus, I am requesting a 30-day enlargement of time.

Dated: November 6, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

BARRY CARLTON
Supervising Deputy Attorney General

s\ Sabrina Y. Lane-Erwin
SABRINA Y. LANE-ERWIN
Deputy Attorney General

Attorneys for Respondent

80177609.wpd
SD2007802839

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Tatarinov v. Superior Court of San Diego**　　　No.: **07cv2034 JAH (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 6, 2007, I served the attached **motion for enlargement of time to file respondent's return and order granting enlargement of time to file respondent's return** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Patricia Lynn Jacks**
**5790 Friars Rd.  F8**
**San Diego  CA  92110**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 6, 2007, at San Diego, California.

Kimberly Wickenhagen
―――――――――――――――――
Declarant

*/s/ Kimberly Wickenhagen*
―――――――――――――――――
Signature