1  Patricia Lynn Jacks
   Attorney at Law
   Cal. Bar #226300
2  5790 Friars Road, F8
   San Diego, California 92110
3  (619) 574-1625

4  Attorney for the Petitioner

### THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitri Vallerveich, TATARINOV | Civil No. 07cv2034 JAH (POR) |
| Petitioner | USICE No.   A72 779 308 |
| v. | |
| Superior Court of the State of California, County of San Diego; | Petitioner's Motion to Oppose Respondent's Motion for Enlargement of Time to File Respondent's Return |
| Respondents | |

Petitioner respectfully opposes Respondent's motion to a 30-day enlargement of time to File Respondent's return in the above-titled matter. The return is due on November 26, 2007. Petitioner's request is based upon the following declaration:

1. The Petitioner is currently in custody of the ICE Detention & Removal Unit located at 446 Alta Rd. Room 5400, San Diego, CA 92158 under the authority of the Office of the Chief Counsel, Department of Homeland Security, U.S. Immigration & Customs Enforcement, 880 Front Street, Room 2246, San Diego, CA 92101.

2. Petitioner is informed and believes that the Department of Homeland Security is actively pursuing the Petitioner's physical removal from the United States. They have contacted the government of Russia—although it is unclear that the Petitioner has Russian Citizenship—in an attempt to remove

1  him. If he is removed from the U.S. this issue will be moot and the Petitioner will be irreparably
2  harmed.

3   3. Petitioner has been in custody over 4-months with ICE in removal proceedings stemming
4  from the conviction in the above-titled matter and from writ of habeas corpus case number 07cv2033
5  L(NLS).

6   The Petitioner is requesting that the Attorney General Office of the State of California reassign
7  this case to an Attorney not scheduled for a vacation so that this matter may be adjudicated promptly.

8   Accordingly, the Petitioner respectfully requests that the Court deny the Respondent's Motion for
9  an Enlargement of Time. In the alternative, the Petitioner requests that the Court issue an order ordering
10 Petitioner's release from the Department of Homeland Security custody.

12 Respectfully submitted,

15 Dated: November 7, 2007          s\ Patricia Lynn Jacks
                                    PATRICIA LYNN JACKS
                                    Attorney for the Petitioner

28