| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| PATRICIA LYNN JACKS, ATTORNEY<br>5790 Friars Rd Ste F8<br>San Diego, CA 92110<br>E-MAIL<br>ATTORNEY FOR (Name): | (619) 296-2123<br>FAX | |

| US District Court - Southern District of California | | |
|---|---|---|
| STREET ADDRESS: | 880 Front St | |
| MAILING ADDRESS: | Ste 4290 | |
| CITY AND ZIP CODE: | San Diego, CA 92101--890 | |
| BRANCH NAME: | Southern District of California | |
| PLAINTIFF: | DMITRI VALLERVEICH TATARINOV | |
| DEFENDANT: | DEPARTMENT OF JUSTICE, OFFICE OF ATTORNE | |

| PROOF OF SERVICE | FILE NUMBER | COURT CASE NUMBER |
|---|---|---|
| | 2007153413 | 07CV2034JAHPOR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   **Summons in a Civil Action, Petition for Writ of Habeas Corpus,**

3. a. Party served: **Department of Justice, Office of Attorney General by leaving with Rosalee Geslani, Recpt (Auth)**
   b. Person served: **party in item 3a**

4. Address where party was served: 110 W A St Ste 1100
   San Diego, CA 92101-3702

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 10/29/2007 (2)at: 10:30 AM.

6. The "Notice to the Person Served" was completed as follows:
   d. on behalf of: Department of Justice, Office of Attorney General
   under the following Code of Civil Procedure section: CCP 416.50 (public entity)

7. Person who served papers:
   a. Name: **M Diaz 4902**
   b. Address: **San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306**
   c. Telephone number: **(619) 544-6401**
   d. The fee for service was: **$30.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: November 5, 2007

*Scott D. Hill*
Sheriff's Authorized Agent SCOTT D. HILL
William B. Kolender, Sheriff

Hearing: **<No Information>**