IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRI VALLERVEICH TATARINOV,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,<br><br>　　　　　　　　　　　Respondents. | 07CV2034 JAH (POR)<br><br>**ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONDENT'S RETURN** |

　　　On November 6, 2007 Respondent filed a request for a 30-day enlargement of time to file a return. In support of the request, Respondent submitted a declaration from Sabrina Y. Lane-Erwin, the Deputy Attorney General assigned to this case. Lane-Erwin's declaration provided that Petitioner is not currently imprisoned or on parole or probation, and the extension was needed to allow time for retrieval of state court files and records and to accommodate a pre-paid vacation.

　　　On November 7, 2007 Petitioner filed an opposition to Respondent's motion. In contradiction to the Deputy Attorney-General's declaration, Petitioner contends that Petitioner is currently in custody of the ICE Detention & Removal Unit. Petitioner also argues that the Department of Homeland Security is "actively pursuing" his deportation.

　　　Having reviewed the parties' papers, this Court finds that a 30-day enlargement of time is warranted. Petitioner has not requested a stay of deportation, so it is

reasonable to conclude that deportation is not eminent.  Good cause having been show, Respondent's request for an enlargement of time is GRANTED.

Respondent shall file a return no later than **December 26, 2007**.

DATED:  November 8, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge