Patricia Lynn Jacks
Attorney at Law
Cal. Bar #226300
5790 Friars Road, F8
San Diego, California 92110
(619) 574-1625

Attorney for the Petitioner

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitri Vallerveich, TATARINOV ) | Civil No. 07cv2034 JAH (POR) |
| Petitioner, ) | USICE No. A72 779 308 |
| ) | **MOTION TO RECONSIDER ORDER GRANTING ENLARGEMENT OF TIME TO FILE RESPONDENT'S RETURN** |
| v. ) | |
| Superior Court of the State of ) California, County of San Diego; ) | |
| Respondents ) | |

On November 4, 2007 Petitioner filed a request for a stay of removal during pendency of the application for writ of habeas corpus. No order has been received by Petitioner in regards to this motion. One November 6, 2007 Respondent filed a request for a 30-day enlargement of time to file a return. Respondent stated that the "Petitioner is not currently imprisoned or on parole or probation." The writ of habeas corpus stated that the Petitioner "is being detained under Federal custody by Immigration Customs Enforcement." On November 7, 2007 Petitioner filed an opposition to Respondent's motion based upon the Federal custody by Immigration Customs Enforcement, (ICE), and the active pursuit of Petitioner's deportation.

On November 8, 2007 the Respondents request for a 30-day enlargement of time was granted. The order stated that "Petitioner has not requested a stay of deportation, so it is reasonable to conclude that deportation is not eminent." The Petitioner did file a request for a

stay of deportation with this court on November 4, 2007 two days prior to the Respondent's request. ICE is actively seeking travel documents from the Russian Consulate to effect the removal of the Petitioner from the United States and as such the deportation of the Petitioner is eminent.

Petitioner respectfully requests that the order granting motion for an enlargement of time to file respondent's return be reconsidered and the motion denied. This is based on the fact that a motion for stay has been filed, and that time, is in fact, of the essence. Petitioner also respectfully requests that the motion for stay previously filed with this court be granted.

Date: 11/11/07

s\ Patricia Lynn Jacks
PATRICIA LYNN JACKS
Attorney for the Petitioner

United States District Court

For the Southern District of California

| | |
|---|---|
| Dimitri Vallerveich TATARINOV, ) | No. **07cv2034JAH(POR)** |
| ) | |
| Petitioner ) | INS No. A72 779 308 |
| ) | |
| v. ) | DECLARATION OF SERVICE |
| ) | |
| CALIFORNIA DEPARTMENT OF JUSTICE, ) | |
| OFFICE OF THE ATTORNEY GENERAL ) | |
| ) | |
| ) | |
| Respondent ) | |
| ) | Date Served: **November 11, 2007** |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

On **November 11, 2007**, I electronically filed the following documents(s):

**MOTION TO RECONSIDER ORDER GRANTING ENLARGEMENT OF TIME TO FILE RESPONDENT'S RETURN**

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Attorney General
State of California
docketingsdawt@doj.ca.gov

**Manual Notice List**
The following are those who are not on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

Executed on **November 11, 2007**, at San Diego, California.

*Patricia Lynn Jacks*
PATRICIA LYNN JACKS
Attorney at Law