**In re: TATARINOV v. SUPERIOR COURT**
**Case No.: 07cv2034JAH(POR)**

<u>**Index of Exhibits in Support of Motion to Reconsider Order Granting Enlargement of Time to File Respondent's Return**</u>

**A. Notice of Electronic Filing of Motion to Stay Removal During Pendency off Application for Writ of Habeas Corpus......................................1**

**07CV2034 JAH POR**

## Dmitri and Patricia

**From:** efile_information@casd.uscourts.gov
**Sent:** Sunday, November 04, 2007 9:28 AM
**To:** casd.uscourts.gov@casd.uscourts.gov
**Subject:** Activity in Case 3:07-cv-02034-JAH-POR Tatarinov v. Superior Court of the State of California, County of San Diego Motion to Stay

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Jacks, Patricia on 11/4/2007 at 9:27 AM PST and filed on 11/4/2007
**Case Name:** Tatarinov v. Superior Court of the State of California, County of San Diego
**Case Number:** 3:07-cv-2034
**Filer:** Dmitri Vallerveich Tatarinov
**Document Number:** 4

**Docket Text:**
MOTION to Stay *Removal During Pendency of Application for Writ of Habeas Corpus* by Dmitri Vallerveich Tatarinov. (Attachments: # (1) Exhibit Supoort of Motion to Stay)(Jacks, Patricia)


**3:07-cv-2034 Notice has been electronically mailed to:**

Attorney General      docketingsdawt@doj.ca.gov

Patricia Lynn Jacks      pjacks@san.rr.com

**3:07-cv-2034 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=11/4/2007] [FileNumber=2255203-0
] [59f8f0eef76e99a76901483669bfa9b3823d1d3aeecaed3118cd134114720c76eda
4df613f27162fb7d2caedc93531911a63c5c403906ea14a8614c94fd066d7]]
**Document description:** Exhibit Supoort of Motion to Stay
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=11/4/2007] [FileNumber=2255203-1
] [764136b5ca3d811bd0f669c81d77f0a1b39a37e0743a0963c5ae660e24d2b7b46ba
be26a09d0fc3cf669771cd0fc464611eb872590265d6192706940d18388dd]]