# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 NOV 16 AM 9: 29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Dmitri Vallerveich TATARINOV,

Petitioner,

vs.

Superior Court of the State of California, County of San Diego; Office of the Chief Counsel, Dept. of Homeland Security; U.S. Attorney, Southern District; ICE Detention & Removal Unit

Respondents.

SUMMONS IN A CIVIL ACTION
FIRST AMENDED PETITION

Case No. 07 CV 2034 _____ 7TH POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Patricia Lynn Jacks, Attorney
5790 Friars Road F8
San Diego, CA 92110

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELACRUZ

NOV 16 2007

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)