Patricia Lynn Jacks
Attorney at Law
Cal. Bar #226300
5790 Friars Road, F8
San Diego, California 92110
(619) 574-1625

Attorney for the Petitioner

# THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitri Vallerveich TATARINOV,<br><br>    Petitioner,<br><br>vs.<br><br>Superior Court of the State of California, County of San Diego; Office of the Chief Counsel, Dept. of Homeland Security; U.S. Attorney, Southern District; ICE Detention & Removal Unit<br><br>    Respondents. | Civil No. 07cv2034 JAH (POR)<br><br>USICE No.    A72 779 308<br><br>**PETITIONER'S NOTICE OF MOTION AND MOTION FOR STAY OF REMOVAL DURING PENDENCY OF APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>TIME: 10:30<br>DATE: February 19, 2008<br>PLACE: COURTROOM 14 |

### MOTION FOR STAY OF REMOVAL

Petitioner, through counsel, hereby requests a Stay of Removal pending the Court's determination on his Application for Writ of Habeas Corpus. The Application for Writ of Habeas Corpus was filed on October 19, 2007, and this Court issued an Order to Show Cause on October 29, 2007. On November 9, 2007 an Order Granting Respondent's Motion for enlargement of time to file was granted through December 26, 2007. On November 16, 2007 Petitioner filed a First Amended Petition to add additional Respondents.

1. Petitioner is in custody under the authority of the Office of the Chief Counsel Department of Homeland Security in the Immigration and Customs Enforcement (ICE) Detention and Removal

1     Center located in San Diego, CA.

2. ICE is currently attempting to obtain travel documents for the deportation of Petitioner to Russia. Petitioner has been in ICE custody since June 28, 2007.

3. It is submitted that given the fact upon which this application for writ is based – a denial of Petitioner's right to counsel under the U.S. Constitution and the fact the denial of that right led to the convictions upon which Mr. Tatarinov's removal order is based, present serious legal issues that have not been addressed.

4. Without a stay, Mr. Tatarinov could be removed from the United States without ever having his constitutional claims heard.

    Based on the foregoing it is respectfully requested that this Court issue an order staying the removal of the Petitioner in this matter pending a decision on the applications for writ of habeas corpus.

    Respectfully submitted,


Dated: November 20, 2007            s/Patricia Lynn Jacks
                                                   PATRICIA LYNN JACKS
                                                   Attorney for the Petitioner

United States District Court
For the Southern District of California

Dmitri Vallerveich TATARINOV,

    Petitioner,

vs.

Superior Court of the State of California, County of San Diego; Office of the Chief Counsel, Dept. of Homeland Security; U.S. Attorney, Southern District; ICE Detention & Removal Unit

    Respondents.

Civil No. 07cv2034 JAH (POR)

USICE No.    A72 779 308

**DECLARATION OF SERVICE**

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

**PETITIONER'S NOTICE OF MOTION AND MOTION FOR STAY OF REMOVAL DURING PENDENCY OF APPLICATION FOR WRIT OF HABEAS CORPUS**

in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Attorney General**
  docketingsdawt@doj.ca.gov

- **U S Attorney CV**
  Efile.dkt.civ@usdoj.gov

- **Kevin R Vienna**
  Kevin.Vienna@doj.ca.gov,DocketingSDAWT@doj.ca.gov,Susan.Volsky@doj.ca.gov,ECFCoordinator@doj.ca.gov,Bonnie.Peak@doj.ca.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

Executed on **November 20, 2007,** at San Diego, California.

                      s/Patricia Lynn Jacks
                      PATRICIA LYNN JACKS
                      Attorney at Law