# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Dimitri Vallerveich Tatarinov

V.

Superior Court of the State of California, County of San Diego, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07-CV-2034-L (NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Petition for Habeas Corpus is **DENIED**. The State's motion to dismiss and Petitioner's motion for release are **DENIED** as moot. Order Granting Petitioner's Motion for Stay of Removal, dated May 9, 2008, is **VACATED**.

|   |   |
|---|---|
| July 11, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk

ENTERED ON July 11, 2008